91- 3083

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AUG 1 4 2000

| | | |
|---|---|---|
| IN RE:  ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (NO. VI) | )<br>)<br>) | MDL 875     v |
| This Document Relates to United States<br>District Court for Maryland<br><br>(See Attachment A) | )<br>)<br>)<br>)<br>)<br>)<br>) | |

AND NOW, this _11th_ day of _August_ , 2000, FIBREBOARD

CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which

cases have been resolved.

By the Court:

Dated: _8/11/00_

Charles R. Weiner